# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| MICHAEL S. CARLOS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 14-cv-1263 |
| TARRY WILLIAMS, *Warden*, | ) |
| Respondent. | ) |

## O R D E R  &  O P I N I O N

On May 16, 2014, in the Northern District of Illinois, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). He filed an Application for Leave to Proceed in forma pauperis the same day. (Doc. 3). His case was subsequently transferred to this Court with this Application still pending. On July 2, 2014, Petitioner's Application for Leave to Proceed in forma pauperis was denied, as it was clear he had ample funds from which to pay the five dollar filing fee. (Doc. 12). Petitioner was ordered to pay the filing fee within twenty-eight days, and warned that failure to do so would result in his Petition being dismissed with prejudice for failure to prosecute. This deadline has passed, but as of this date, the Court has still not received his filing fee. The Court has received a motion to amend his Petition from Petitioner since that time, but it has no relation to his filing fee. (Doc. 13). Thus, Petitioner's case will be dismissed for lack of prosecution.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

CASE TERMINATED.

Entered this 7th day of August, 2014.

                                                      s/ Joe B. McDade
                                                     JOE BILLY McDADE
                                        United States Senior District Judge